UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-02266-SSC                    Date: June 1, 2026

Title      Zurich American Insurance Co. v. AVA Logistics, LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |              n/a               |
|:-------------------------------------------:|:------------------------------:|
|                Deputy Clerk                 |      Court Reporter / Recorder      |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
None Present                             None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Lack of Prosecution**

On March 3, 2026, Plaintiff Zurich American Insurance Company filed this action against Defendant AVA Logistics, LLC, as well as ten Does.  (ECF 1.)  On April 1, 2026, Plaintiff served Defendant.  (ECF 7.)  Defendant failed to respond, and Plaintiff has not sought entry of default.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **June 15, 2026**, why this action should not be dismissed for lack of prosecution.  Should Plaintiff file an application for entry of default under Federal Rule of Civil Procedure 55(a) against Defendant AVA Logistics, LLC, on or before **June 15, 2026**, this order to show cause will be discharged automatically.  Thereafter, the Court expects prompt action regarding motion(s) for default judgment.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-02266-SSC                         Date: June 1, 2026

Title      Zurich American Insurance Co. v. AVA Logistics, LLC, et al.


Failure to respond to this order to show cause will be deemed consent to the dismissal of this action without prejudice.


**IT IS SO ORDERED.**


                                                                    :
                                              Initials of Preparer      **ts**